

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| In the Interest of A.R.O., a Child, | | No. 08-18-00025-CV |
| | § | |
| Appellant. | | Appeal from the |
| | § | |
| | | 65th District Court |
| | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC# 2016DCM2321) |
| | § | |

**O R D E R**

The Court GRANTS the Court Reporter's second request for an extension of time within which to file the Reporter's Record until **April 1, 2018.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Muriel Montrose, Court Reporter, for El Paso County, Texas Prepare, the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before April 1, 2018.

IT IS SO ORDERED this 8th day of March, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.